(121 So. 435)

Ben McNUTT v. STATE. (8 Div. 91.)

Supreme Court of Alabama. March 28, 1929.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.
A. A. Griffith, of Cullman, opposed.

PER CURIAM. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McNutt v. State, 121 So. 432.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.